**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-1281**

STATE OF LOUISIANA

VERSUS

JOHN F. CLAY

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 01-5164,
HONORABLE ALONZO HARRIS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

**AFFIRMED.**

Earl B. Taylor
 District Attorney
Alisa Ardoin Gothreaux
 Assistant District Attorney
P. O. Drawer 1968
Opelousas, Louisiana  70571-1968
(337) 948-0551
Counsel for:
        State of Louisiana

**Laura M. Pavy**
**Louisiana Appellate Project**
**Post Office Box 750602**
**New Orleans, Louisiana 70115**
**(504) 833-2910**
**Counsel for Defendant/Appellant:**
**John F. Clay**